THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Chukrallah A.
 Yaghi, Appellant.
 
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge
Unpublished Opinion No. 2009-UP-057
Submitted January 2, 2009  Filed January
 22, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Chukrallah A. Yaghi appeals his convictions of murder,
 two counts of assault and battery with the intent to kill, and assault and
 battery of a high and aggravated nature, and concurrent sentences of life
 without parole, ten, ten, and ten years, respectively.  Yaghi argues the trial
 court erred by allowing the arresting officer to testify Yaghi displayed an
 eerie lack of remorse when arrested.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Yaghis appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.